# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America
v.
ERICA J. REYNOLDS

Case No. 2:15CR11

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ERICA J. REYNOLDS,
who is accused of an offense or violation based on an indictment filed with the court.

This offense is briefly described as follows:
Provided Buprenorphine to an inmate at USP Lee in violation of 18 USC 179(a)(1) & (d)(1)(B).

Date: 06/23/2015

By: *Ella Surber*
Julia C. Dudley, Clerk
Deputy Clerk

City and state: Abingdon, VA

Pamela Meade Sargent, U.S. Magistrate Judge
*Grand Jury Presiding Judge*

Stamps: ORIGINAL; CLERK'S OFFICE U.S. DIST. COURT AT ABINGDON, VA FILED JUL 31 2015 JULIA C. DUDLEY, CLERK BY: A. Blaylock, DEPUTY CLERK; 1584-0625-1; RECEIVED JUN 23 2015 U.S. MARSHAL ABINGDON, VA

### Return

This warrant was received on *(date)* 6/23/15, and the person was arrested on *(date)* 7/23/15
at *(city and state)* E/TN

Date: 7/27/2015

*Arresting officer's signature*

Dusin Satterwhite     FOR
Printed name and title     FBI