| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 2:15CR00011-02 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 3:16-CR-36 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Erica Jane Reynolds | DISTRICT Western District of Virginia | DIVISION Abingdon |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable James P. Jones, United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/05/2016 — TO 01/04/2018 |

**OFFENSE**
Providing Contraband in Prison; Making a False Statement; Possession with the Intent to Distribute and Distribute Buprenorphine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Tennessee - Knoxville upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/7/16
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE - KNOXVILLE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 12, 2016
*Effective Date*

_Thomas A. Varlan_
Chief *United States District Judge*